**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lloyd Anthonie WILLIAMS,**
**Defendant–Appellant.**

**No. 14–7456.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2015.

Decided: Jan. 27, 2015.

Lloyd Anthonie Williams, Appellant Pro Se. Corey F. Ellis, Jerry Wayne Miller, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lloyd Anthonie Williams appeals the district court's order denying his "Request for a Certificate of Appealability." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams,* Nos. 4:98–cr–00144–MR–1; 1:06–cv–00193–MR (W.D.N.C. Oct. 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*